# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ZAMORA, Derivatively on Behalf of Nominal Defendant CAPRICOR THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK LITVACK, LINDA MARBÁN, PAUL G. AUWAERTER, GEORGE W. DUNBAR, JR., PHILIP J. GOTWALS, MICHAEL KELLIHER, DAVID B. MUSKET, and KARIMAH ES SABAR, <br><br> Defendants, <br><br> and <br><br> CAPRICOR THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 3:25-cv-01969-GPC-AHG <br><br> **ORDER STAYING DERIVATIVE ACTION** <br><br> **[ECF No. 8]** |

The Court, having reviewed the Parties' Joint Motion to Stay Derivative Action in the above-captioned derivative action and finding good cause therefore, hereby **ORDERS** that:

1. The Derivative Action is hereby stayed unless and until either: (1) *Leong v. Capricor Therapeutics, Inc. et al.*, Case No. 3:25-cv-01815-GPC-AHG (S.D. Cal.) (the "Securities Class Action") is dismissed, with prejudice, and all opportunities to amend or appeals related thereto have been exhausted; (2) the motion to dismiss the Securities Class Action is denied in full or in part such that the Reform Act discovery stay dissolves as a matter of law; or (3) any of the Parties gives a fifteen (15) day notice in writing via email to opposing counsel that they no longer consent to the voluntary stay of the Action.

2. Upon the occurrence of any of the events enumerated in paragraph 1

above, the stay shall be lifted and the Parties shall notify the Court within fifteen (15) days after the occurrence of any of those events that the stay has been lifted.

    3.    Within thirty (30) days after the stay is lifted, the Parties shall meet and confer and submit a proposed schedule to the Court for Defendants' response to the operative complaint.

**IT IS SO ORDERED.**

Dated: September 24, 2025

                        Hon. Gonzalo P. Curiel
                        United States District Judge