**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LEONEL ZAMORA, Derivatively on Behalf of CAPRICOR THERAPEUTICS, INC.,

Plaintiff,

v.

FRANK LITVACK, LINDA MARBÁN, PAUL G. AUWAERTER, GEORGE W. DUNBAR, JR., PHILIP J. GOTWALS, MICHAEL KELLIHER, DAVID B. MUSKET, and KARIMAH ES SABAR

Defendants,

and

CAPRICOR THERAPEUTICS, INC.,

Nominal Defendant.

Case No. 3:25-cv-01969-GPC-AHG
Case No.: 3:25-cv-03270-GPC-AHG

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLY STAY**

MICHAEL ROSEN, derivatively on behalf of CAPRICOR THERAPEUTICS, INC.,

Plaintiff,

v.

LINDA MARBÁN, FRANK LITVACK, PAUL G. AUWAERTER, GEORGE W. DUNBAR, JR., PHILIP J. GOTWALS,

MICHAEL KELLIHER, DAVID B. MUSKET, and KARIMAH ES SABAR

Defendants

and

CAPRICOR THERAPEUTICS, INC.,

Nominal Defendant.

Before the Court is a Joint Motion to Consolidate Related Cases filed by both parties in two related actions: *Zamora v. Litvack, et al.*, Case No. 3:25-cv-01969-GPC-AHG (the "*Zamora* Action") and *Rosen v. Marbán, et al.*, 3:25-cv-03270-GPC-AHG (the "*Rosen* Action").

Federal Rule of Civil Procedure ("Rule") 42(a) states that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). A district court has "broad discretion" in determining whether or not to consolidate actions, and can consolidate cases *sua sponte*. *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987).

The Court, having reviewed the parties' revised joint motion in the above-captioned derivative actions (the "Related Derivative Actions"), and finding good cause therefore, hereby ORDERS that:

1. For the purposes of effectuating this Order, the Stay in the *Zamora* Action is temporarily lifted. *Zamora* Action, ECF No. 9.

*2.* The Court hereby **GRANTS** the parties' motion and consolidates the Related Cases of *Zamora v. Litvack, et al.*, Case No. 3:25-cv-01969-GPC-AHG and *Rosen v. Marbán, et al.*, 3:25-cv-03270-GPC-AHG. The Court **DESIGNATES** the *Zamora* Action as the lead case.

3. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAPRICOR THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:25-cv-01969-GPC-AHG<br><br>(Consolidated) |

4. The Court **ORDERS** that all further filing in the consolidated case shall be made under Lead Case No. 3:25-cv-01969-GPC-AHG. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

5. Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**RIGRODSKY LAW, P.A.**
Gina M. Serra
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

6. Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8. Defendants may rely upon all agreements made with either of Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as the Consolidated Action, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Capricor Therapeutics, Inc. Derivative Litigation*, Lead Case No. 3:25-cv-01969-GPC-AHG, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Capricor Therapeutics, Inc. Derivative Litigation,* Lead Case No. 3:25-cv-01969-GPC-AHG, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all substantially similar shareholder derivative actions involving Capricor that are subsequently filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

10. The Consolidated Action shall be stayed under the same terms and for the same duration as the Stay in the *Zamora* Action (*Zamora* Action ECF No. 9), and Defendants shall not be required to respond to any complaint filed in the Related Derivative Actions or the Consolidated Action until the date set by the Court after the Stay is lifted.

11. This Order is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO ORDERED.**

Dated: December 18, 2025

Hon. Gonzalo P. Curiel
United States District Judge